UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE SALVADOR HERRERA
GARCIA (A-220-170-286),

   Petitioner,

  v.

WARDEN, California City Correctional
Center, et al.,

   Respondents.

No.  2:26-cv-00766 DAD CSK

ORDER

  Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

  On March 10, 2026, the district court ordered respondents to file an opposition to petitioner's motion for a temporary restraining order by 5:00 p.m. on March 11, 2026.  (ECF No. 4.)  Respondents did not file an opposition.  See docket.  On March 12, 2026, the district court granted petitioner's motion for a temporary restraining order, ordered petitioner's immediate release, and referred the matter to the undersigned for further proceedings.  (ECF No. 6.)

  Respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.  In

1

the answer or motion to dismiss, respondents shall confirm that petitioner was released from custody as ordered by the district court.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order; in the answer or motion to dismiss, respondents shall confirm that petitioner was released from custody as ordered by the district court.

2. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 17, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Garc766.imm/2

2