UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE SALVADOR HERRERA GARCIA,

Petitioner,

v.

WARDEN,

Respondent.

No. 2:26-cv-00766-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS

(Doc. Nos. 8, 9)

Petitioner Josue Salvador Herrera Garcia is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 9.) Specifically, the magistrate judge found that due process required petitioner be provided with a pre-detention hearing prior to any re-detention. (*Id.* at 2–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 5.) On June 17, 2026, respondent filed its objections to the pending findings and recommendations. (Doc. No. 10.) In those objections,

respondent merely reiterates arguments raised in its prior briefing that petitioner is subject to 8 U.S.C. § 1225(b)(2)(A) and that due process does not require a pre-deprivation hearing prior to re-detention because the Immigration and Nationality Act does not require such a hearing. (*Id.* at 1–2.) Both of these arguments were properly rejected by the assigned magistrate judge and the undersigned finds that they do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 11, 2026 (Doc. No. 9) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;
3. Respondent's motion to dismiss (Doc. No. 8) is DENIED; and
4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE